# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 12-1282**                                          **September Term, 2013**

FERC-130FERC61023
FERC-139FERC61103
FERC-ER07-956-002
FERC-ER07-956-001

**Filed On: January 23, 2014** [1476380]

Louisiana Public Service Commission,

      Petitioner

    v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Arkansas Public Service Commission, et al.,

      Intervenors

------------------------------

Consolidated with 13-1295

## O R D E R

Upon consideration of respondent's motion to consolidate, it is

**ORDERED** that the motion be granted, and these cases be consolidated. It is

**FURTHER ORDERED** that No. 12-1282 be returned to the court's active docket.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

                BY:    /s/
                          Mark A. Butler
                          Deputy Clerk